# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A.,<br><br>    Plaintiff,<br><br>v.<br><br>THE COOPER COMPANIES, INC.; COOPERSURGICAL, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 4:24-CV-02582 TSH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**<br><br>Re: ECF No. 4 |

The Court, having considered Plaintiff's Motion for Leave for to Proceed Under Pseudonyms (ECF No. 4), hereby GRANTS the motion.

**IT IS SO ORDERED.**

Dated: May 3, 2024

Thomas S. Hixson
United States Magistrate Judge

.